**No. 51856.**—Choungs Tea Gardens et al. *v.* United States, protests 998116–G, etc. (New York).

Opinion by CLINE, J. It was stipulated that the merchandise consists of kumquats similar in all material respects to those the subject of *United States* v. *Fung Chong Co.* (34 C. C. P. A. 40, C. A. D. 342). In accordance therewith the claim at 1 cent per pound under paragraph 743 was sustained.

**No. 51857.**—Associated Merchandising Corp. et al. *v.* United States, protests 129050–K, etc. (New York).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 51858.**—R. H. Macy & Co. et al. *v.* United States, protests 129820–K, etc. (New York).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

JULY 23, 1947

**No. 51859.**—SUIT 4557.—*E. H. Corrigan* v. *United States.*— Abstract 51046 reversed May 20, 1947. C. A. D. 364.

BEFORE THE FIRST DIVISION, JULY 30, 1947

**No. 51860.**—Golding Bros. Co., Inc. *v.* United States, petition 6580–R (New York).

Opinion by OLIVER, P. J. At the trial it was stipulated that the facts and circumstances surrounding the making of the entry are similar in all material respects to the facts involved in Abstract 51672, which record is incorporated herein. It was held that the entry of the merchandise at a less value than that found on final appraisement was without any intention to defraud the revenue of the United States or conceal or misrepresent the facts of the case or to deceive the appraiser as to the value of the merchandise. The petition was therefore granted.

AUGUST 4, 1947

**No. 51861.**—SUIT 4533.—*Clinton Smullyan Associates* v. *United States.*— C. D. 948 reversed May 20, 1947. C. A. D. 363.